# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TASHINA WALTZ,<br><br>            Defendant. | Cause No. CR-24-12-H-BMM<br><br>**ORDER** |

Upon the motion of the Counsel and good cause appearing therefore;

   IT IS HEREBY ORDERED:

The exhibits filed by the defendant on (Doc. 56, exhibits 1, 2 and 3 will be filed under seal.

   DATED this 27th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts